UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MARCO MOLINA, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 17 cv 50038 |
| v. | ) | |
| | ) | |
| NEW AGE CRYO, INC. | ) | Magistrate Judge Iain D. Johnston |
| | ) | |
| Defendant. | ) | |

STIPULATION TO DISMISS

It is hereby stipulated and agreed as follows:

1. The parties have agreed to dismiss this Cause, having reached a settlement and all costs having been paid.

2. An Order can be entered in accordance herewith.


s/Carols G. Becerra                                    s/Megan L. Kerr
Carlos G. Becerra                                       Megan L. Kerr
Becerra Law Group, LLC                           Pinzur, Cohen & Kerr, Ltd.
Attorney for Plaintiff                                 Attorney for Defendants


Megan L. Kerr (ARDC: 6257102)
Robert S. Pinzur (ARDC#: 3122002)
Brian S. Brewer (ARDC#: 6274618)
Pinzur, Cohen & Kerr, Ltd.
Attorney for Defendant
4180 Route 83, Suite 208
Long Grove, IL 60047
847-821-5290
847-821-5293 (fax)
mkerr@pckltdlaw.com
bbrewer@pckltdlaw.com
rpinzur@pckltdlaw.com